897 A.2d 1055

STATE OF NEW JERSEY, PLAINTIFF–MOVANT, v.
JASON MEYER, DEFENDANT–RESPONDENT.

April 28, 2006.

ORDERED that the motion for leave to appeal is granted.